# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO
BY ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

Tel: (212) 571-5500
Fax: (212) 571-5507

February 28, 2020

So ordered, on conditions set by the U.S. Probation office, Pre-trial Services.
3-2-2020
[signature] Hellerstein

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Scott Acheampong
19 Cr. 582 (AKH)

Dear Judge Hellerstein:

I represent Scott Acheampong in the above-captioned matter. As part of his bail conditions, my client has surrendered his passport to his pre-trial services officer in Connecticut, Caitlin Brennan. (He resides and is being supervised in that district). Mr Acheampong has no other identification documents, and in order to try and secure employment, he needs to present identification. Without objection of both Pre-Trial services, by Ms. Brennan, and the government, by AUSA Ni Qian, it is respectfully requested that my client's passport be returned to him for the limited period of time required for him to appear at the Department of Motor Vehicles in New York to obtain an official New York State non-driver's identification. It is further requested that he be permitted to travel to New York City to visit the Motor Vehicle Department, but that he only may do so with approval of Pre-Trial, including providing Ms. Brennan, or her agent, the date and time he intends to do so.

Thank you very much for your attention, and should the Court have any questions, please contact the undersigned.

Sincerely,

Robert A. Soloway (sc)

RAS:sc