

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

*Sentencing is hereto adjourned until September 20, 2021 at 12 pm.*

*[handwritten signature] 7/15/21*

**BY EMAIL and ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl
New York, New York 10007

**Re:** *United States v. Scott Acheampong*, **19 Cr. 582 (AKH)**

Dear Judge Hellerstein:

The Government and counsel for defendant Scott Acheampong respectfully request an adjournment of the sentencing for Mr. Acheampong that was scheduled to proceed on June 16, 2021. The parties received the final Presentence Report on July 1, 2021. The Government and defense counsel have conferred and would like to request a sentencing date in September.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Ni Qian
Assistant United States Attorney
(212) 637-2364

cc: All Counsel (by Email and ECF)