UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES,

          -against-

SCOTT ACHEAMPONG,

                      Defendant.
---------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 582 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing, currently scheduled for September 20, 2021, is hereby adjourned until October 15, 2021 at 12:00 p.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than September 8, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    August 26, 2021             /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                           United States District Judge