# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Fax: (212) 571-5507
Tel: (212) 571-5500

October 8, 2021

BY ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Scott Acheampong
19 Cr. 582 (AKH)

*Sentencing (in person) is adjourned until Nov 5, 2021 at 11:00 am.*

*/s/ AKH 10-12-2021*

Dear Judge Hellerstein:

My client is scheduled for sentence on October 15, 2021. I write without objection of the government, by AUSA Ni Qian, to request an extension into early November 4 or 5, 2021, with a preference for conducting the sentence in person. I have been having difficulty recently communicating with my client, and gathering the supporting documents needed for the defense sentencing submission. Mr. Acheampong resides in Connecticut, and is currently employed in a warehouse job. He and I have scheduled an in person meeting for next week during which we will prepare for sentence, including gathering the necessary documents needed to finalize the submission.

Thank you very much for your attention, and should the Court have any questions, please contact the undersigned.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc