UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                       :
UNITED STATES OF AMERICA,       :
                                       :     **SCHEDULING ORDER**
                 Plaintiff,          :
     -against-                       :     19-cr-582
                                       :
SCOTT ACHAEMPONG,             :
                                       :
                 Defendant.         :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing, currently scheduled for November 16, 2021, is hereby adjourned until December 2, 2021 at 10:00 a.m.

       SO ORDERED.

Dated:     November 15, 2021            _/s/ Alvin K. Hellerstein_____
           New York, New York            ALVIN K. HELLERSTEIN
                                                United States District Judge