# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Counsel shall appear for the VOSR conference on September 11, 2023 to discuss this matter with the Court.

SO ORDERED.

/s/ Alvin Hellerstein
U.S.D.J.
September 8, 2023

Fax: (212) 571-5507
Tel: (212) 571-5500

September 8, 2023

BY ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Scott Acheampong
          19 Cr. 582 (AKH)

Dear Judge Hellerstein:

    Mr. Acheampong is scheduled to appear for a violation of supervised release before your Honor on September 11. I was counsel in the matter throughout its pendency and through sentence, and have discussed the violation with my client since being made aware of it. I write to advise the Court that Mr. Acheampong is requesting that he be provided other assigned counsel in place of this writer. I join in the application as communication has broken down between us.

    Thank you very much for your attention, and should the Court have any questions, it is respectfully requested the undersigned by contacted.

                                       Sincerely,

                                       *Robert A. Soloway*

                                       Robert A. Soloway

RAS:sc