**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2013

So ordered
9-13-23
[signature]

BY ECF
The Honorable Alvin K. Hellerstein
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Scott Acheampong*, 19 Cr. 582 (AKH)

Dear Judge Hellerstein,

The Government respectfully submits this letter pursuant to the Court's Order issued on September 11, 2023, with the proposed language for the modification of the terms of the defendant's supervised release.

On September 11, 2023, the Court held an initial conference on the violation report filed by the Probation Department dated August 10, 2023. During this conference, the defendant consented to a modification of the terms of his supervised release to include a curfew condition as well as a mental health treatment condition. The Court requested the Government to send a proposed language for the two conditions. After consulting with the Probation Office, the Government proposes the following conditions be added to the terms of the defendant's supervised release:

(1) For a period of 30 days, the defendant shall comply with a curfew via location monitoring technology at the discretion of the United States Probation Office. He will remain at his place of residence from 7pm to 7am. The United States Probation Office may designate another respective tie period, if his employment, education, or observance of religious services preclude the above specified time period. The defendant shall be responsible for all, or a portion, of the costs associated with location monitoring as directed by the supervising officer and approved by the Court.

(2) The defendant must participate in an outpatient mental health treatment program approved by the United States Probation Office. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric

Page 2

evaluations and reports, including the presentence investigation report, to the health care provider.

Accordingly, the Government requests that the Court enter an order modifying the conditions of the defendant Scott Acheampong's supervised release to include the above two conditions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2364